ACCEPTED
03-14-00518-CV
4351276
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/3/2015 1:46:45 PM
JEFFREY D. KYLE
CLERK



**ALDRICH** PLLC

ATTORNEYS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/3/2015 1:46:45 PM
JEFFREY D. KYLE
Clerk

Scott Lindsey

Board Certified - Estate Law
Texas Board of Legal Specialization
slindsey@aldrichpllc.com
www.aldrichpllc.com

March 3, 2015

*Via Electronic Filing*
Ms. Amalia Rodriguez-Mendoza
Travis County District Clerk
P.O. Box 679003
Austin, Texas 78767

RE:    **Request for Preparation of Supplemental Clerk's Record**
Trial Court Cause No. D-1-GN-14-001582; *Espinosa, in his capacity as Receiver of Retirement Value, LLC v. James Poe and Senior Retirement Planners, LLC*, pending in the 53rd District Court of Travis County, Texas (severed from Cause No. D-1-GN-10-000454 by order dated May 28, 2014).

Court of Appeals No. 03-14-00518-CV; *James Poe and Senior Retirement Planners, LLC v. Eduardo S. Espinosa in his Capacity as Receiver of Retirement Value, LLC*

Dear Ms. Rodriguez-Mendoza:

Defendants James Poe and Senior Retirement Planners, LLC have appealed this case to the Third Court of Appeals. The trial Court signed the Final Judgment in this case on May 28, 2014. Defendants filed their notice of appeal with the trial court on August 20, 2014.

By this letter, and pursuant to Tex. R. App. P. 34.5(c), Defendants request that the Clerk prepare and file additional, relevant items that have thus far not been included within the Clerk's Record for this case.

From Cause No. D-1-GV-10-000454,[1] Defendants request that the following items (including all of their exhibits) also be included in the Supplemental Clerk's Record:

1.  Third-Party Defendants Sal Magaraci's and Estate Protection Planning Corp.'s Response to Receiver Espinosa's Motions for Summary Judgment, filed on October 1, 2013 at 11:45 a.m.; and
2.  Third-Party Defendants Sal Magaraci's and Estate Protection Planning Corp.'s Response to Receiver Espinosa's Request to Deem Answers Admitted, filed on October 1, 2013 at 11:53 a.m.

---

[1] Cause No. D-1-GN-14-001582 was severed from Cause No. D-1-GN-10-000454 by order dated May 28, 2014.

Please contact me with any questions and to advise of the cost of preparing the Clerk's Record so that prompt payment can be arranged.

Best regards,

Scott Lindsey
**Counsel for Defendants Poe and Senior Retirement Planners, LLC**

*Via Electronic Service*
Clerk, Court of Appeals
Third District of Texas
PO Box 12457
Austin, Texas 78711

*Via Electronic Service*
Mr. John W. Thomas
Mr. John R. McConnell
George, Brothers, Kincaid & Horton, L.L.P.
114 W. Seventh, Suite 1100
Austin, TX 78701-3015
**Counsel for the Receiver**